OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 22, 2023

Michael J. Butler, Esq.
Navin Jani, Esq.
Sushovan Hussain

RE: Sushovan Hussain v. Warden Allenwood FCI, et al
Case Number: 22-1604
District Court Case Number: 3-21-cv-01635

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs with NO oral argument on **Tuesday, March 14, 2023.** This means your presence will not be required.

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Tricia Harris*

Tricia Harris
Calendar Clerk
267-299-4905

PSD:TNH

Pursuant to IOP Chapter 2, you are hereby advised that your panel will be submitted before the following panel of Judges: **KRAUSE, SCIRICA, and AMBRO, Circuit Judges.**