UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 22-1604

———

SUSHOVAN HUSSAIN,
aka Hasan Tareque,
   Appellant

v.

WARDEN ALLENWOOD FCI;
DIRECTOR FEDERAL BUREAU OF PRISONS;
ATTORNEY GENERAL UNITED STATES OF AMERICA

(3-21-cv-01635)

———

SUR PETITION FOR PANEL REHEARING

———

Present: KRAUSE, SCIRICA, AMBRO <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Appellant Sushovan Hussain in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED  that the petition for rehearing by the panel is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: April 28, 2023

2

PDB/cc: Sushovan Hussain
　　　　All Counsel of Record